UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES JOHNSON, CHRISTINE MOUSER, and ABED ARMAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PERSONA IDENTITIES INC., <br><br> Defendant. | Case No. 1:24-cv-11249 <br><br> Hon. Sunil R. Harjani |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant, Persona Identities Inc. ("Persona") respectfully moves this Court to extend the time to answer or otherwise respond to Plaintiffs James Johnson, Christine Mouser, and Abed Arman's ("Plaintiffs") Complaint up to and including January 2, 2025, and in support states as follows:

1. Plaintiffs filed their Complaint on October 31, 2024.

2. On November 7, 2024, Plaintiffs served Persona's registered agent in Delaware, making its responsive pleading deadline November 28, 2024.

3. On November 8, 2024, unaware that the Complaint had been served, Plaintiffs sent a copy of the Complaint to Defendants and asked if Persona would accept service.

4. Later that same day, Persona indicated it would waive service, as it had not yet received notification from its registered agent that service had been effectuated in Delaware.

5. Because the parties had an agreement to waive service, Persona did not file a responsive pleading by November 28, 2024.

6. This brief extension will not prejudice any party and is not sought for any improper purpose.

7. Counsel for Defendant has conferred with Plaintiffs' counsel, Plaintiffs do not oppose the requested extension.

For the foregoing reasons, Defendant respectfully requests that the Court grant this Motion and extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint to January 2, 2025.

Dated: December 2, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Katharine H. Walton*
　　　　　　　　　　　　　　　　　　　　　Joel Griswold (627757)
　　　　　　　　　　　　　　　　　　　　　Bonnie Keane DelGobbo (6309394)
　　　　　　　　　　　　　　　　　　　　　Katharine H. Walton (6339805)
　　　　　　　　　　　　　　　　　　　　　BAKER & HOSTETLER LLP
　　　　　　　　　　　　　　　　　　　　　One North Wacker Drive, Suite 3700
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　(312) 416-6200 (phone)
　　　　　　　　　　　　　　　　　　　　　(312) 416-6201 (fax)
　　　　　　　　　　　　　　　　　　　　　jcgriswold@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　　bdelgobbo@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　　kwalton@bakerlaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　Persona Identities Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, December 2, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ Katharine Walton