UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES JOHNSON, CHRISTINE MOUSER, and ABED ARMAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PERSONA IDENTITIES INC.,<br><br>    Defendant. | Case No. 1:24-cv-11249<br><br>Hon. Sunil R. Harjani |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant, Persona Identities Inc. ("Persona") respectfully moves this Court to extend the time to answer or otherwise respond to Plaintiffs James Johnson, Christine Mouser, and Abed Arman's ("Plaintiffs") Complaint up to and including January 23, 2025, and in support states as follows:

1. Plaintiffs filed their Complaint on October 31, 2024.

2. On December 3, 2024, the Court granted Persona's First Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, making its responsive pleading deadline January 2, 2025. (ECF No. 8.)

3. Counsel for the Parties have been in ongoing discussions regarding the allegations in the Complaint, and Persona's counsel has provided Plaintiffs' counsel with a declaration addressing the allegations.

4.  To afford the Parties more time to discuss whether Plaintiffs will agree to voluntarily dismiss this case, and avoid the potentially unnecessary costs of briefing a response to the Complaint, Persona respectfully requests a 21-day extension, up to and including January 23, 2025 to respond to the Complaint.

5.  This brief extension will not prejudice any party and is not sought for any improper purpose.

6.  Counsel for Defendant has conferred with Plaintiffs' counsel, Plaintiffs do not oppose the requested extension.

For the foregoing reasons, Defendant respectfully requests that the Court grant this Motion and extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint to January 23, 2025.


Dated: December 30, 2024            Respectfully submitted,


                                    */s/ Joel Griswold*
                                    Joel Griswold (627757)
                                    Bonnie Keane DelGobbo (6309394)
                                    Katharine H. Walton (6339805)
                                    BAKER & HOSTETLER LLP
                                    One North Wacker Drive, Suite 3700
                                    Chicago, Illinois 60606
                                    (312) 416-6200 (phone)
                                    (312) 416-6201 (fax)
                                    jcgriswold@bakerlaw.com
                                    bdelgobbo@bakerlaw.com
                                    kwalton@bakerlaw.com

                                    *Attorneys for Defendant*
                                    Persona Identities Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, December 30, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ Joel Griswold