# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

James Johnson, et al.
                              Plaintiff,

v.                                                   Case No.: 1:24–cv–11249
                                                              Honorable Sunil R. Harjani

Persona Identities Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 30, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendant's second unopposed motion for extension of time [9] is granted. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended to January 23, 2025. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.