IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAMES JOHNSON, CHRISTINE MOUSER, and ABED ARMAN on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PERSONA IDENTITIES INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 1:24-cv-11249<br><br>Hon. Judge Sunil R. Harjani |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs James Johnson, Christine Mouser, and Abed Arman voluntarily dismiss the action *Johnson et al. v Persona Identities Inc.*, N.D. Ill., 1:24-cv-11249, without prejudice.

DATED: January 17, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Jordan R. Frysinger*
　　　　　　　　　　　　　　　　　　　　　　　*One of Plaintiffs' Attorneys*

David L. Gerbie
Colin P. Buscarini
Jordan R. Frysinger
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
dgerbie@mcgpc.com
cbuscarini@mcgpc.com
jfrysinger@mcgpc.com

*Attorneys for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Jordan R. Frysinger*